UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,<br><br>                     Plaintiff,<br><br>            v.<br><br>JOHN DOES 1-100, JANE DOES 1-100, AND XYZ COMPANY,<br><br>                     Defendants. | No. 25-cv-4005 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 13, 2025, Plaintiff filed an Ex Parte Application For: Temporary Restraining Order; Seizure Order; And An Order To Show Cause Why A Preliminary Injunction And Seizure Order Should Not Issue against John Does 1-100, Jane Does 1-100, and XYZ Company. It is hereby:

ORDERED THAT a hearing is scheduled in this action for Friday, May 16, 2025 at 12:00 p.m. Unless Plaintiff requests otherwise, the conference will be held in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHERED ORDERED that Plaintiff submit a list of courts that have denied similar applications no later than May 15, 2025 at 2:00 p.m.

SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                                                               _____
                                                                               Ronnie Abrams
                                                                               United States District Judge