**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
**299 12th Street**
**Brooklyn, New York 11215-4903**
**Telephone: (347) 413-3287**
**mb@markbradfordpc.com**

**Cara R. Burns (CB 1071)**
**MIMS, KAPLAN, BURNS & GARRETSON (PHV requested)**
**28202 Cabot Road, Ste 300**
**Laguna Niguel, California 92677**
**Telephone: (310) 314-1721**
**Facsimile: (949) 340-9737**
**cburns@hmkblawyers.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————x

**BRAVADO INTERNATIONAL GROUP**
**MERCHANDISING SERVICES, INC.,**          **CIVIL ACTION NO. 1:25-cv-4005 RA**

                **Plaintiff,**          ~~**[PROPOSED]**~~ **TEMPORARY**
                                        **RESTRAINING ORDER; SEIZURE**
**v.**                                  **ORDER; AND AN ORDER TO SHOW**
                                        **CAUSE WHY A PRELIMINARY**
**JOHN DOES 1-100, JANE DOES 1-100,**   **INJUNCTION AND SEIZURE ORDER**
**AND XYZ COMPANY,**                    **SHOULD NOT ISSUE**

                **Defendants.**
————————————————————————x


      Based upon the complaint, memorandum of points and authorities, Declaration of Ashley

Fogerty, the Supplemental Declaration of Ashley Fogerty, and the Certificate of Counsel of Cara

R. Burns and all other pleadings and proceedings heretofore had herein, and good cause being

shown:

      **IT IS HEREBY ORDERED** that defendants, John Does 1-100, Jane Does 1-100 and XYZ

Company their true identities being unknown  (collectively "Defendants"), show cause before the

1

Honorable Ronnie Abrams, United States District Court Judge, in the United States District Court

for the Southern District of New York, located in Courtroom 1506 at 40 Foley Square, New York,

New York at 2:00 p.m. on ___Thursday, May 29___, 2025 or as soon thereafter as counsel can be

heard, why an order pursuant to the Lanham Act 15 U.S.C. § 1051 et. seq., Fed. R. Civ. P. Rule

65, and the All Writs Act 28 U.S.C. § 1651 should not be entered granting to Plaintiff, Bravado

International Group Merchandising Services, Inc., a preliminary injunction to enjoin Defendants

from manufacturing, distributing, selling or holding for sale, any clothing, jewelry,

photographs, posters and other merchandise (collectively the "Infringing Merchandise") and to

seize the same bearing the federally registered trademarks, service marks, likenesses, logos and

other indicia of the Group, **"PIERCE THE VEIL"** (collectively, the "Group's Trademarks").

  **AND IT APPEARING TO THE COURT** that Defendants are about to sell and distribute

the Infringing Merchandise bearing any or all of the Group's Trademarks as set forth in Plaintiff's

complaint and declaration, and will continue to carry out such acts unless restrained by order of

the Court;

  **AND IT APPEARING TO THE COURT** that immediate and irreparable injury, loss or

damage will result to the Plaintiff before Defendants can be identified and given notice and their

attorneys can be heard in opposition to the granting of the temporary restraining order, in that the

Defendants are preparing to manufacture, distribute and sell Infringing Merchandise as set forth

in the Plaintiff's complaint, and that, unless said Defendants are enjoined from said manufacture,

distribution, and sale, the Plaintiff will suffer immediate and irreparable injury and harm in the

form of a loss of income, lessening and dilution of the value of the Group's Trademarks,

interference with Plaintiff's ability to exploit, market and license its merchandising rights,

confusion in the marketplace as to the duly authorized source of merchandise depicting the

Group's Trademarks, and impairment of the good will Plaintiff and its licensors have in the said Group's Trademarks;

**IT IS FURTHER ORDERED** that pending hearing and determination of this application, or the expiration of fourteen (14) days from the date hereof whichever occurs first, the Defendants, their agents, servants, employees, attorneys, ~~successors and assigns~~ and all persons, firms and corporations acting in active concert with them, and each of them, be and hereby are temporarily restrained from manufacturing, distributing and selling Infringing Merchandise bearing the any or all of the Group's Trademarks;

**AND IT IS FURTHER ORDERED** that the United States Marshal for this District, the state police, local police or local deputy sheriffs, off duty officers of the same, and any person acting under their supervision, are hereby authorized to seize and impound any and all Infringing Merchandise bearing any or all of the Group's Trademarks (namely of **"PIERCE THE VEIL"**), which defendants attempt to sell or are holding for sale, including from any carton, container, vehicle, or other means of carriage in which the Infringing Merchandise is found from four (4) hours before to four (4) hours after any performance of the tour within a one (1) mile vicinity of the halls, stadiums or arenas at which the Group's tour shall be performing, including but not limited to in connection with the concert to be held on May 20, 2025 at Madison Square Garden in New York, New York;

**AND IT IS FURTHER ORDERED** that this order shall not apply to any defendant selling in a fixed, non-temporary location, although this does not affect Plaintiff's ability to apply for separate relief;

**AND IT IS FURTHER ORDERED** that this order be and is hereby conditioned upon Plaintiff's filing with the Clerk of this Court an undertaking in the form of a bond, certified check, or cash in the amount of $ 5,000     no later than May 20, 2025, to secure the payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereby;

**AND IT IS FURTHER ORDERED** that this temporary restraining order is conditioned upon the Plaintiff's advancing to the law enforcement officers such sum as is required by the same to cover the fees for their said services, in the event Plaintiff seeks their services in this or any other district;

**AND IT IS FURTHER ORDERED** that service of a copy of this order to show cause together with the complaint upon which it is based, be made upon the Defendants by the United States Marshal, state or local police, local deputy sheriffs or by any person over the age of eighteen (18) years not a party to this action selected for that purpose by the Plaintiff, at the time of the seizure provided herein is effected and that such service shall be deemed good and sufficient;

**AND IT IS FURTHER ORDERED** that the process server shall offer a receipt to each person from whom Infringing Merchandise is seized and that the Plaintiff shall be deemed substitute custodian for all Infringing Merchandise seized;

**AND IT IS FURTHER ORDERED** that each and every defendant served with a copy of this order promptly, courteously and peaceably identify himself or herself to the aforementioned process server and that the process server or agents for Plaintiff be allowed to photograph, video tape or otherwise identify the Defendant;

**AND IT IS FURTHER ORDERED** that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to its counsel on or before ___May 26,___ 2025.  Any reply shall be filed by the Plaintiff and served upon each appearing defendant or his/her counsel on or before ___May 28,___ 2025.  Plaintiff is to provide copies of all other filed pleadings at the request of any identified defendant;

**AND IT IS FURTHER ORDERED** that any defendant who is hereafter served with a copy of this order who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court according to the Federal Rules of Civil Procedure, including that pursuant to F.R.C.P. Rule 65 (b)(4), any defendant can apply to this Court to modify or dissolve this Order on two (2) days' notice or shorter notice as this Court may allow, but no such application shall serve to suspend this Order or to stay its terms unless otherwise ordered by this Court.

**IT IS SO ORDERED.**

Dated: ___May 16___, 2025

**HONORABLE  RONNIE ABRAMS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

By: /s/ Cara R. Burns
Cara R. Burns (CB 1071) (PHV requested)
MIMS, KAPLAN, BURNS & GARRETSON
28202 Cabot Road, Ste 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721; Fax: (949) 340-9737
cburns@hmkblawyers.com

Mark Bradford (MB 6002)
MARK BRADFORD, PC
299 12th Street
Brooklyn, NY 11215
Tel: (347) 413-3287
mb@markbradfordpc.com
Attorneys for Plaintiff