**Cara R. Burns (CB 1071)**
**MIMS, KAPLAN, BURNS & GARRETSON**
**28202 Cabot Road, Ste 300**
**Laguna Niguel, California 92677**
**Telephone: (310) 314-1721**
**Facsimile: (949) 340-9737**
**cburns@hmkblawyers.com**

**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
**299 12th Street**
**Brooklyn, New York 11215-4903**
**Telephone: (347) 413-3287**
**mb@marcbradfordpc.com**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————x

| | |
|---|---|
| **BRAVADO INTERNATIONAL GROUP** | |
| **MERCHANDISING SERVICES, INC.,** | **Action No. 1:25-cv-4005 RA** |
| **Plaintiff,** | **[PROPOSED]** **ORDER** |
| | **FOR RELEASE OF CASH** |
| **v.** | **BOND AND DISPOSITION** |
| | **OF SEIZED GOODS** |
| **JOHN DOES 1-100, JANE DOES 1-100,** | |
| **AND XYZ COMPANY,** | |
| **Defendants.** | |

——————————————————————— x

Plaintiff Bravado International Group Merchandising Services, Inc. having dismissed the

above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a),

and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY**

**ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Bravado International Group Merchandising Services, Inc., c/o Cara Burns, Mims, Kaplan, Burns & Garretson, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: December 8, 2025

_____
**THE HONORABLE RONNIE ABRAMS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,
By: /s/ Cara R. Burns
Cara R. Burns (CB 1071)
Mims, Kaplan, Burns & Garretson
28202 Cabot Road, Ste 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721
Fax: (949) 340-9737
cburns@hmkblawyers.com

Mark Bradford (MB 6002)
Mark Bradford, PC
299 12th Street
Brooklyn, NY 11215-4903
Tel: (347) 413-3287
mb@markbradfordpc.com

Attorneys for Plaintiff

2